ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 NOV 13 AM 11:54
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| JONATHAN A. SEAY, | |
| Plaintiff, | |
| v. | CV 315-093 |
| AUTO-OWNERS INSURANCE COMPANY, | |
| Defendant. | |

# O R D E R

On November 6, 2015, Plaintiff filed a "Notice of Voluntary Dismissal" in the above-captioned case. (Doc. no. 6.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(i). **IT IS THEREFORE ORDERED** that Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE